DONALD SPECTER (SBN 83925)
CORENE KENDRICK (SBN 226642)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ckendrick@prisonlaw.com

Attorneys for Plaintiffs, *on behalf of themselves and others similarly situated*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL YOUNG, *et al.*, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA,<br><br>Defendant. | Case No. 5:20-cv-06848-NC <br><br>**CLASS ACTION** <br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** <br><br>Date: February 24, 2021 <br>Time: 2:00 pm <br>Judge: Hon. Nathanael Cousins <br><br>Complaint Filed: September 30, 2020 |

I, Donald Specter, declare,

1. I am an attorney admitted to practice before the courts of the State of California and this Court. I am the Executive Director of the Prison Law Office ("PLO"), and counsel of record in this matter. I make this declaration in support of Plaintiffs' unopposed Motion for Attorneys' Fees and Expenses.[1] If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. My previous declaration detailed the experience and background of the attorneys at the PLO, and the background and genesis of our investigation into the conditions in Contra Costa County jails beginning in 2016, and negotiations with Defendant over the past four years to develop remedial plans to implement the recommendations of the neutral subject matter experts. *See* Doc. 5-2, ¶¶ 2-8.

3. In September 2020, the parties signed a Consent Decree that includes detailed Remedial Plans for the provision of health care (medical/dental, and mental health care). As of September 4, 2020, Plaintiffs' counsel had expended over 770 hours of compensable time, equivalent to $384,235 in fees, and $1,308 in case related expenses, for a total of $385,543. The parties negotiated a blended billing rate of $550 an hour for attorneys, and $200 an hour for legal assistants and investigators, both of which are below San Francisco Bay Area market rates charged by law firms to private clients.

4. The attorneys, investigators, and legal assistants at the PLO kept contemporaneous time records that detailed all work completed on the case. To calculate the requested fee, Plaintiffs' counsel multiplied the number of hours actually worked by attorneys and non-attorneys by the appropriate billing rate. Our office exercised billing judgment, and at my direction PLO staff attorney Corene Kendrick reviewed all billings to exclude hours that were redundant, excessive, or otherwise unnecessary, and to ensure the billing practices were reasonable.

---

[1] Counsel for Defendant advised me that the County does not oppose the motion.

5. Although my office has represented class members without charge over the past four years, we exercised the same billing judgment and discretion that would be accorded to any paying client. The PLO advanced all out-of-pocket expenses in this case, and total a reasonable $1,308.

6. Representing the class members has required an investment of attorney and non-attorney time for more than four years, which limited our ability to take on other cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October, 2020, in Berkeley, California.

*/s/ Donald Specter*
Donald Specter
*Attorney for Plaintiffs*