1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GABRIEL YOUNG, EDDIE WILLIAMS, AND GALE YOUNG, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, <br><br> Defendant. | Case No. 5:20-cv-06848 NC <br> ———————————— <br> **CLASS ACTION** <br><br> **ORDER APPOINTING MEDICAL CARE EXPERT** <br><br> Date:  April 28, 2021 <br> Time:  2:00 PM <br> Judge: Nathanael Cousins <br><br> Complaint Filed: September 30, 2020 |
|---|---|

On February 10, 2021, Plaintiffs and Defendant County of Contra Costa ("Defendant") filed a Joint Motion for Final Approval of Consent Decree. After granting the motion, this Court ordered Plaintiffs and Defendant to submit the name of an agreed-upon expert in medical care to serve as a Court Expert. On April 16, 2021, the parties notified this Court that they have agreed upon the appointment of Dr. Bruce Barnett as an expert in medical care. Dr. Barnett will advise the Court on Defendant's compliance or non-compliance with the Remedial Plan and will assist with dispute resolution matters, as set forth in the Consent Decree. Doc. No. 7.

This Court therefore **APPOINTS** Dr. Bruce Barnett as a Court Expert in medical care, pursuant to Rule 706 of the Federal Rules of Evidence.

**IT IS SO ORDERED.**

Dated: April 19, 2021

The Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins